IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

#Sean A. Bishop #Blackspaghettifilms
#BloodAnd BANANASpromotions
# MOONinthedayTV

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Twitter As know As X

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. SAG 25 CV 1698

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

'25 MAY 28 PM4:29
USDC-BALTIMORE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: #Sean A. Bishop #Moonsinthedayтатор TV #BloodAnd BANANApromotions #BlackspaghettiFilms
Street Address: 620 Fallway S bAltimore Md.
City and County: 21207 project mag. Address
State and Zip Code: And Nuber 114 NW 9 St HAllandale Fl
Telephone Number: 33009 Owner SeAn A. Bishop
E-mail Address: Phone 433-866-7466/786-232-1421
property project mag. Number

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Twitter or X company
Job or Title (if known):
Street Address: 1355 Market Street 900
City and County: San Francisco CA. 94103
State and Zip Code:
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

    Name _____
    Job or Title (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address (if known) _____

Defendant No. 3

    Name _____
    Job or Title (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address (if known) _____

Defendant No. 4

    Name _____
    Job or Title (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations 29 US Code Chapter 8 Fair   6 U.S. Code 485
Labor Standard of Equal pay. 12 U.SC. Code
§ 553/ Unfair Acts 35 U.S. Code § 271
Infringement of patent
Violations of
42 US. Code §
1982 U.S. citizen
Property Right

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* STAN A. Bishop, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* MoonINtheDayTV, is incorporated under the laws of the State of *(name)* #MoonINtheDay.Tv and has its principal place of business in the State of *(name)* Md.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __Twitter or X__, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* __Twitter or X__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   __$16.4 million__

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I'm seeking $16.4 million Granted paupers labor of buisness in case ordered by U.S. District Court Senior Judge James K Bredar in case 1:24-cv-02150-JKB plaintiff #Seann Bishop #Moonlin thedayTV #Bloodand BANANASpro #Blackspaghettifilms

Granted date 7/31/2024

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Seeking the $50,000 day Granted pauperis of Labor of company case Civil Action No JKB-24-2150 Civil Action Granted by Senior District Judge James K Bredar on 7/31/2024 Now in the Amount of $16.4 million

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __5/28__, 20__25__

Signature of Plaintiff _____

Printed Name of Plaintiff __Sean A. Bishop__

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: __5/28__, 20__25__

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address __620 Fallway Baltimore Md 21202__
Telephone Number __443-866-7466__
Email Address _____